Dennis MILHOLLIN and Michelle Milhollin, Plaintiffs-Appellees,

v.

FORD MOTOR CREDIT CO., a corporation, and Dee Thomason Ford, a corporation, Defendants-Appellants.

Dennis MILHOLLIN and Michelle Milhollin, Plaintiffs-Cross Appellants,

v.

FORD MOTOR CREDIT CO., a corporation, and Dee Thomason Ford, a corporation, Defendants-Cross Appellees.

Donna M. EATON, Plaintiff-Appellee,

v.

FORD MOTOR CREDIT CO., a corporation, Defendant-Appellant,

Bud Meadows Mazda, Inc., Defendant.

Darrell MESSINGER, Plaintiff-Appellee,

v.

FORD MOTOR CREDIT CO., a corporation, and Marv Tonkin Ford Sales, Inc., a corporation, Defendants-Appellants.

David P. ANDRESEN, Plaintiff-Appellee,

v.

FORD MOTOR CREDIT CO., a corporation, and Webster-Wolfard Ford, Inc., a corporation, Defendants-Appellants,

and

The California Loan and Finance Association, Amicus Curiae.

Nos. 76–2914, 76–3217, 77–3084, 77–3584 and 77–3569.

United States Court of Appeals, Ninth Circuit.

April 23, 1980.

* Honorable William J. Jameson, Senior U.S. District Judge, District of Montana.

ORDER

Before WRIGHT and GOODWIN, Circuit Judges and JAMESON,* Senior District Judge.

This cause is remanded to the District Court for further proceedings pursuant to the opinion of the United States Supreme Court rendered February 20, 1980, 100 S.Ct. 790, 63 L.Ed. 22.

■

Albert Edward GLINES, Appellee,

v.

James L. WADE, Commander 349th Material Airlift Wing; Major General Gonge, Commander 22nd Air Force; John L. McLucas, Secretary of the Air Force; James Schlesinger, Secretary of Defense, Appellants.

No. 76–1412.

United States Court of Appeals, Ninth Circuit.

May 5, 1980.

Before GOODWIN and HUG, Circuit Judges, and PALMIERI *, District Judge.

ORDER

The above action is remanded to the United States District Court for the Northern District of California for further proceedings consistent with the decision of the United States Supreme Court in the case of *Brown, et al. v. Glines,* —— U.S. ——, 100 S.Ct. 594, 62 L.Ed.2d 540 (1980).

* The Honorable Edmund L. Palmieri, United States District Judge for the Southern District of New York, sitting by designation.